**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CLEVE H. MESSER,

Plaintiff,

v. CIVIL ACTION NO. 2:24-cv-00510

CPL. ALAN MOORE, et al.,

Defendants.

# ORDER

Pending before the Court is a Motion for Summary Judgment filed by Defendants William Miller, Alan Moore, Timothy Perkins (collectively, "Defendants"). (ECF No. 17.) By Standing Order entered in this case on September 19, 2024, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Tinsley filed his PF&R on July 15, 2026, recommending that this Court grant Defendants' Motion for Summary Judgment and dismiss this civil matter. (ECF No. 28.)

This Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th

Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R were due on August 3, 2026. (ECF No. 28.) To date, Plaintiff Cleve Messer ("Plaintiff") has failed to submit any objection in response to the PF&R, thus constituting a waiver of *de novo* review and Plaintiff's right to appeal this Court's order.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 28), and **GRANTS** the Defendants' Motion for Summary Judgment, (ECF No. 17). Further, this civil matter is **DISMISSED**, and the Court **DIRECTS** the Clerk to remove this matter from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 19, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE